UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

WELYNTON GARCIA DE LA CRUZ,

                                  Defendant.
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MAG 09068

Defendant __WELTON GARCIA DE LA CRUZ__ hereby voluntarily consents to participate in the following proceeding via _✓_ videoconferencing or ___ teleconferencing:

✓    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓    Bail/Detention Hearing

___    Conference Before a Judicial Officer


_s/ Welyton Garcia De La Cruz_ by the Court, with permission.
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_s/ Michael Zigismund_ by the Court, with permission.
Defendant's Counsel's Signature

__WELYTON GARCIA DE LA CRUZ__
Print Defendant's Name

__MICHAEL ZIGISMUND__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_AUGUST 25, 2020_
Date

_/s/ [signature]_
~~U.S. District Judge~~/U.S. Magistrate Judge